1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3  JAMES GAETA
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  702-388-6336
   James.Gaeta@usdoj.gov
6  *Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEEN AKOSIBA KANIKA GRIMES,<br><br>Defendant. | Case No. 2:25-mj-00440-GMN-BNW<br><br>**MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE** |

COMES NOW, the United States of America by and through SIGAL CHATTAH, United States Attorney, and James Gaeta, Assistant United States Attorney, and files its Motion to Dismiss the Criminal Complaint Without Prejudice.

On June 9, 2025, Defendant Rubeen Akosiba Kanika Grimes was charged via a Criminal Complaint with Importation of a Controlled Substance and Possession with Intent to Distribute a Controlled Substance.

///

///

///

///

1

1  The government hereby moves for leave of Court to dismiss the Criminal Complaint
2  without prejudice against Defendant Rubeen Akosiba Kanika Grimes.
3  DATED this 20th day of June, 2025.

                                                Respectfully submitted,

                                                SIGAL CHATTAH
                                                United States Attorney

                                                */s/ James J. Gaeta*
                                                JAMES GAETA
                                                Assistant United States Attorney

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEEN AKOSIBA KANIKA GRIMES,<br><br>Defendant. | Case No. 2:25-mj-00440-GMN-BNW<br><br>**MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE** |

Upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against Defendant Rubeen Akosiba Kanika Grimes contained in the Criminal Complaint in case number 2:25-mj-00440-BNW.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ James J. Gaeta*
JAMES GAETA
Assistant United States Attorney

Leave of Court is granted for the filing of dismissal of the charges without prejudice against Defendant Rubeen Akosiba Kanika Grimes contained in the Criminal Complaint in case number 2:25-mj-00440-BNW.

DATED this __9__ day of July, 2025.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3